# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-038-APG-PAL |
|---|---|
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS** |
| v. | |
| ANDREI RAILEANU, | |
| Defendant. | |

On March 7, 2013, defendant Andrei Raileanu filed a motion [Dkt. #18] to suppress evidence seized allegedly in violation of the Fourth and Fifth Amendments. After conducting an evidentiary hearing over two days, on September 4, 2013 Magistrate Judge Leen entered her Report of Findings and Recommendation [Dkt. #46], recommending that Mr. Raileanu's Motion to Suppress [Dkt. #18] should be granted to the extent that post-Miranda statements Mr. Raileanu made to Officer Bundy are inadmissible. [Dkt. #46 at 43:1-3.] Judge Leen also recommended that the motion be denied in all other respects. [*Id.*] Mr. Raileanu filed an Objection to the Report of Findings and Recommendation [Dkt. #48]. Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Leen's Report of Findings and Recommendation is accepted and approved. Mr. Raileanu's Motion to Suppress [Dkt. #18] and Objections to Judge Leen's Report [Dkt. #48] are hereby denied.

Dated: December 27, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE